Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
465 So. 400 East, Suite 200
Salt Lake City, Utah 84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION**

| In re: | Case No. 24-24724 |
|---|---|
| Ann Templeton Ellingson | Chapter 13 |
| Debtor. | Hon. Kevin R. Anderson |

**ORDER OF DISMISSAL PURSUANT TO TRUSTEE'S DECLARATION OF NON-COMPLIANCE WITH ORDER ORDER CONFIRMING CHAPTER 13 PLAN
AND**

**NON-COMPLIANCE WITH CONDITIONAL ORDER ON LEXINGTON VILLAGE AT OLD FARM OWNERS ASSOCIATION MOTION FOR IN REM RELIEF FROM THE AUTOMATIC STAY**

Based upon the Trustee's Declaration of Non-Compliance and it appearing that the

Debtor has failed to comply with a previous Orders of this Court, which Order contained an

automatic default provision. Further, the Debtor agreed to additional probationary provisions to

resolve matters with Lexington Village at Old Farm Owners Association ("HOA") as outlined in subsequent Order of this Court, and the Court being fully advised in the premises: IT IS HEREBY ORDERED, DECREED, AND ADJUDGED THAT

1) The Debtor's case is dismissed. The Debtor may not commence another bankruptcy case for a period of 180 days following entry of dismissal order. (Conditional Order at Docket No. 45: Paragraph 15(b)).

2) The case is dismissed in an *in rem* prohibition to refiling for 2 years upon entry of this order of dismissal under Section 364(d)(4) of the Bankruptcy Code as to Real Property: 671 E 4149 S Murray UT 84107 (Parcel Number: 22-06-231-021-0000; Legal Description: UNIT #20, BLDG 4-M, LEXINGTON VILLAGE AT OLD FARM CONDM 1.3505% PROPORTIONATE OWNERSHIP 3820-404 4434-0395 6010-12676010-1267 9575-9287,9290 9575-9293 9575-9293). The HOA is authorized to record this Order. (Conditional Order at Docket No. 45: Paragraph 15(a)).

3) Of the funds being held in this case, the Trustee shall pay pursuant to the Order Confirming Chapter 13 Plan.

--END OF ORDER--

**DESIGNATION OF PARTIES TO BE SERVED**

Service of the foregoing Order shall be to all parties and in the manner designated below:
By Electronic Service: I certify that the parties of record in this case as identified below are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

JARRED A. HENLINE - ECF Notification

LON A. JENKINS - ECF NOTIFICATION

QUINN SPERRY – ECF NOTIFICATION

By U.S. Mail: In addition to the parties of record receiving notice through the CM/ECF System, the following parties should be served notice pursuant to FRCP 5(b)

ALL PARTIES ON THE COURT MATRIX